Matthew Widmer
ANGSTMAN LAW OFFICE
P.O. Box 585
Bethel, Alaska 99559
Phone: (907) 543-2972
Fax: (907) 543-3394
angstmanlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| DONNA DAVIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | <br><br><br><br><br><br><br> Case No. 3:08-cv-_____ <br><br> **COMPLAINT** |

Plaintiff Donna Davies, through counsel Angstman Law Office, for her complaint against the defendant, states and alleges as follows:

**JURY DEMAND**

Plaintiff hereby requests a trial by jury.

**PARTIES AND JURISDICTION**

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), and §§ 2671 *et seq*.

2. Plaintiff currently resides in Thornton, Colorado. At all times relevant to the allegations and claims in this complaint, Plaintiff resided in Alaska. The acts and omissions giving

rise to this complaint occurred in Bethel, Alaska.

3. The Yukon Kuskokwim Health Corporation ("YKHC") is a non-profit corporation organized pursuant to Alaska law. Upon information and belief, YKHC is a corporation in good standing in the State of Alaska.

4. The United States has assumed tort liability under the Federal Tort Claims Act for the negligent acts of YKHC employees.

5. This court has jurisdiction over the subject matter of this action under 28 U.S.C. §1346(b). An administrative claim has been presented and was denied on July 11, 2008.

## BACKGROUND AND FACTS

6. On or about March 26, 2007, Plaintiff's false tooth, negligently fitted by a dentist at YKHC, came loose and she swallowed it.

7. Upon swallowing the tooth, Plaintiff began having discomfort in her chest and presented to the hospital in Colorado.

8. On or about March 31, 2007, Plaintiff was admitted to the University of Colorado Hospital.

9. On or about April 1, 2007, Plaintiff underwent a rigid esophagoscopy and foreign body removal.

## FIRST CAUSE OF ACTION: NEGLIGENCE

10. Plaintiff realleges and incorporates Paragraphs 1-9, above.

11. At the above-mentioned time and place, Defendant, through its agents, servants and employees, was negligent in one or more of the following respects:

   a. Failing to properly fit the false tooth into Plaintiff's mouth, causing the tooth to come loose and causing Plaintiff to swallow it.

   b. Causing Plaintiff to continue to suffer pain, anxiety, and discomfort.

   d. Causing Plaintiff to undergo further medical treatment.

   f. As a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the Defendant, Plaintiff sustained economic and non-economic damages, the precise amount of which will be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the court grant her the following relief:

1. An award of economic and non-economic damages, the precise amount of which will be proven at trial;

2. Allowable costs and attorney's fees; and

3. Such other relief as the court deems equitable and just.

RESPECTFULLY SUBMITTED this___ day of October, 2008.

ANGSTMAN LAW OFFICE
Attorneys for Plaintiff

By: s/Matthew Widmer
    Mathew Widmer
    ABA No. 0605029