UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
RALPH R. BEISTLINE
FEDERAL BUILDING ~ U.S. COURTHOUSE
222 W. 7TH AVENUE, #49
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS



RECEIVED
MAY 25 2010
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.



$00.44

Donna Davies
4211 E. 120th Ave., Ste 291
Thornton, CO 80229

NIXIE          802    DE 1           00 05/11/10
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 99513750449        *1989-04918-07-46

**Other Orders/Judgments**
4:08-cv-00054-RRB Davies v. United States of America

**RECEIVED**
MAY 2 5 2010
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

U.S. District Court

District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 5/7/2010 at 11:49 AM ADT and filed on 5/7/2010
**Case Name:** Davies v. United States of America
**Case Number:** 4:08-cv-00054-RRB
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
TEXT ORDER: On January 25, 2010, this Court granted Plaintiff's counsel's request to withdraw as attorney for Plaintiff. Plaintiff had not been keeping in contact with her attorney. The Court also ordered Plaintiff to file a Notice of Intent to Proceed within 30 days. Nothing has been filed. If Plaintiff fails to take action in this matter by May 24, 2010, this matter will be dismissed. (Mailed to Plaintiff)(Jan, Chambers Staff)

**4:08-cv-00054-RRB Notice has been electronically mailed to:**

Gary M. Guarino    gary.guarino@usdoj.gov, christine.dollerhide@usdoj.gov, misty.elwood@usdoj.gov, usaak.ecf@usdoj.gov

**4:08-cv-00054-RRB Notice has been delivered by other means to:**

Donna Davies
4211 E. 120th Ave., Ste 291
Thornton, CO 80229